IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ABDULMOHSEN ALMASSUD and LUISA CRUZ MEZQUITAL, <br><br> Defendants. | ) ) ) ) ) ) ) ) CIVIL ACTION ) FILE NO. 1:16-cv-04023-RWS ) ) ) ) ) |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME FOR MR. ALMASSUD TO RESPOND TO PENDING MOTIONS**

The Court having considered the Consent Motion for Extension of Time for Mr. Almassud to Respond to Pending Motions, and the Court having found the motion reasonable in the circumstances of the case, **IT IS HEREBY ORDERED** that the time within which Defendant Abdulmohsen Almassud may file a response to (1) Plaintiff's Response in Opposition to Almassud's Motion for Summary Judgment on Mootness and to Realign the Parties (doc 316); (2) Plaintiff's Statement of Additional Facts (doc 317); (3) Plaintiff's Motion for Leave to Amend the First Amended Complaint (doc 318); and (4) Plaintiff's Notice of Motion for Leave to File Under Seal (doc 319) shall be extended through and including January 10, 2020.

IT IS SO ORDERED, this 3rd day of January, 2020.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE