IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY INSURANCE COMPANY, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO. 1:16-cv-04023-RWS |
| ABDULMOHSEN ALMASSUD and | ) |
| LUISA CRUZ MEZQUITAL, | ) |
| | ) |
| Defendants. | ) |

## ALMASSUD'S RESPONSE TO AMFAM'S STATEMENT OF ADDITIONAL FACTS

Defendant Abdulmohsen Almassud ("MJ") responds to Plaintiff American

Family Insurance Company's ("AmFam") Statement of Additional Facts (doc 317)

as follows:

1.

**STATEMENT**:  On September 8, 2016, AmFam delivered a reservation of

rights letter to Almassud. Doc 197-1, pp. 70-74; Almassud Dep. 325:22-326:12;

357:2-9.

**RESPONSE**:  Admitted.

2.

**STATEMENT**:  In the reservation of rights letter, AmFam stated: "AmFam

expressly reserves its right to seek reimbursement from the insured with regard to

the cost of defense, any settlement, any judgment, and/or any other expense

incurred on behalf of the insured with regard to those portions of any claim that are

or may not be covered." Doc 197-1, p. 73.

**RESPONSE**:  Admitted, but denied that MJ accepted these terms.  As the

document itself shows, AmFam's terms of acceptance required MJ to sign an

acknowledgement, which MJ did not do.  (Doc 197-1, p. 74)

3.

**STATEMENT**:  AmFam incurred expenses in defending Almassud in the

action <u>Luisa Cruz Mezquital v. Abdulmohsen Almassud</u>, State Court of Fulton

County, Georgia, Civil Action File No. 14-ev-1930 (the "Underlying Case"). See

Exhibits 2-3 to AmFam's Brief in Support of its Motion for Leave to Amend the

First Amended Complaint.

**RESPONSE**:  Admitted.

2

4.

**STATEMENT**:  AmFam incurred expenses in resolving the Underlying

Case. See Exhibit Filed Under Seal in connection with AmFam's Brief in Support

of its Motion for Leave to Amend the First Amended Complaint.

**RESPONSE**:  Admitted.


Respectfully submitted January 10, 2020.


*/s/ Richard E. Dolder*
James ("Jay") Sadd
Georgia Bar No. 622010
Richard E. Dolder, Jr.
Georgia Bar No. 220237
SLAPPEY & SADD, LLC
352 Sandy Springs Circle
Atlanta, Georgia 30328
(404) 255-6677 (telephone)
jay@lawyersatlanta.com
rich@lawyersatlanta.com
Attorneys for MJ

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Almassud's Response to AmFam's Statement of Additional Facts** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record for all parties.  I further certify that the foregoing was prepared in Times New Roman 14pt font and otherwise complies with Local Rule 5.1.

Respectfully submitted January 10, 2020.

> */s/ Richard E. Dolder*
> Richard E. Dolder
> Georgia Bar No. 220237
> SLAPPEY & SADD, LLC
> 352 Sandy Springs Circle
> Atlanta, Georgia 30328
> (404) 255-6677 (voice)
> rich@lawyersatlanta.com
> Attorney for MJ

4