IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| AMERICAN FAMILY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>ABDULMOHSEN ALMASSUD,<br><br>    Defendant. | Civil Action No.<br><br>1:16-cv-4023-RWS |

## ORDER

This case comes before the Court on Plaintiff AmFam's Motion to Seal [323], Defendant Almassud's Motion for Reconsideration [329], and the parties' Consent Motion for Extension of Time to respond [330].

The Court entered an Order [324] granting AmFam's Motion to Seal before Mr. Almassud could respond, even as the Court entered an Order properly granting him an extension of time to do so [322]. Therefore, Mr. Almassud's Motion for Reconsideration [329] is **GRANTED in part** with respect to Part A. The Court **VACATES** its prior Order [324]. The Clerk is **DIRECTED** to update the status of AmFam's Motion to Seal [323], pending AmFam's Reply.

Because Almassud's Motion for Reconsideration also addresses the merits of the Motion to Seal, the Court deems the remainder of his Motion for Reconsideration (Parts B-C) as his Response to that Motion. Because it was timely filed on January 10, AmFam would ordinarily have 14 days to file a Reply. However, AmFam now requests a 7-day extension, to which Mr. Almassud consents. Accordingly, the Consent Motion for Extension of Time [330] is **GRANTED**. AmFam will have until January 31 to file its Reply Briefs in support of its Motion to Amend the Complaint and its Motion to Seal.

**SO ORDERED** this 15th day of January, 2020.

RICHARD W. STORY
United States District Judge