IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABDULMOHSEN ALMASSUD, )<br>)<br>Defendant. ) | CIVIL ACTION<br>FILE NO. 1:16-cv-04023-RWS |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of Defendant's **Offer to Settle Under O.C.G.A. § 9-11-68** on Plaintiff by sending via electronic mail and by depositing the same in the U.S. mail, with proper postage affixed to ensure delivery via certified mail, as follows:

Edward B. Ruff, III
Michael P. Turiello
PRETZEL & STOUFFER
One South Wacker Drive
Suite 2500
Chicago, IL 60606

Respectfully submitted on July 28, 2021.

>/s/ Richard E. Dolder
>James (Jay) Sadd
>Georgia Bar No. 066010
>Richard E. Dolder, Jr.
>Georgia Bar No. 220237
>SLAPPEY & SADD
>352 Sandy Springs Circle
>Atlanta, Georgia 30328
>(404) 255-6677 (Office)
>jay@lawyersatlanta.com
>rich@lawyersatlanta.com
>*Attorneys for Mr. Almassud*