# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| AMERICAN FAMILY INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:16-CV-04023-RWS |
| | ) | |
| v. | ) | |
| | ) | |
| ABDULMOHSEN ALMASSUD, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION OF ERIN FINN

TO: Erin Finn
c/o James N. Sadd
Richard E. Dolder, Jr.
Slappey & Sadd, LLP
325 Sandy Springs Circle
Atlanta, GA 30328
jay@lawyersatlanta.com
rich@lawyersatlanta.com

COMES NOW Plaintiff American Family Insurance Company ("AmFam"), and, pursuant to Federal Rules of Civil Procedure 30 and 34, serves this Notice of Deposition of Erin Finn. The deposition will be taken via Zoom video conference beginning on January 14, 2021, at 10:00 a.m. and continuing from day to day until completion. The deposition will be taken for the purposes of discovery, cross-examination, use at trial, and for all other purposes allowed by law. The deposition will be recorded by videotape and stenographic means, will be taken before a court

reporter, notary public, videographer, or an officer duly authorized by law to take depositions, and will continue from day to day until complete.

Respectfully submitted this 10th day of January, 2022.

**MORRIS, MANNING & MARTIN, LLP**

/s/ Seslee S. Smith
Seslee S. Smith
Georgia Bar No. 663377
Jessica F. Pardi
Georgia Bar No. 561204
Ryan C. Burke
Georgia Bar No. 336130
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
Tel: (404) 233-7000
Fax: (404) 365-9532

**PRETZEL & STOUFFER**

Edward B. Ruff, III, Esq.
*Admitted Pro Hac Vice*
Robert Marc Chemers, Esq.
*Admitted Pro Hac Vice*
Michael P. Turiello, Esq.
*Admitted Pro Hac Vice*
Pretzel & Stouffer, Chartered
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
(312) 578-7814

*Attorneys for Plaintiff American Family Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing **PLAINTIFF'S NOTICE OF DEPOSITION OF ERIN FINN** with the Clerk of Court by using the CM/ECF system which will automatically send e-mail notification of such filing to:

>James N. Sadd
>Richard English Dolder, Jr.
>Slappey & Sadd
>352 Sandy Springs Circle
>Atlanta, GA 30328
>404-255-6677
>jay@lawyersatlanta.com
>rich@lawyersatlanta.com
>
>*Attorneys for Defendant Almassud*

This 10th day of January, 2022.

>*/s/ Seslee S. Smith*
>Seslee S. Smith
>Georgia Bar No. 663377