AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| AMERICAN FAMILY INSURANCE COMPANY, | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 1:16-CV-04023-RWS |
| ABDULMOHSEN ALMASSUD | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Family Insurance Company.

Date:   01/24/2022

/s/ Richard M. Burgland
*Attorney's signature*

Richard M. Burgland (06289146)
*Printed name and bar number*
Pretzel & Stouffer, Charted
One South Wacker Drive, Suite 2500
Chicago, IL 60606

*Address*

rburgland@pretzel-stouffer.com
*E-mail address*

(312) 578-7814
*Telephone number*

(312) 346-8242
*FAX number*